UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY SAFRANEK, an individual; LAURIE SAFRANEK, an individual; and KARRIE DALKE, an individual,<br><br>Defendants. | Case No. 2:21-cv-01026-APG-DJA<br><br>**ORDER GRANTING LIBERTY INSURANCE CORPORATION'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>[ECF No. 8] |

Plaintiff Liberty Insurance Corporation moves for entry of default judgment. ECF No. 8. Default has been entered against defendants Gregory Safranek, Laurie Safranek, and Karrie Dalke. ECF No. 7.  The motion satisfies the factors set forth in *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986).  I thus find good cause to grant the motion.

I HEREBY ORDER that the motion for default judgment **(ECF No. 8) is granted**.  The clerk of the court is directed to enter judgment in favor of plaintiff Liberty Insurance Corporation and against defendants Gregory Safranek, Laurie Safranek, and Karrie Dalke declaring that no coverage or policy benefits are afforded to Gregory Safranek, Laurie Safranek, or Karrie Dalke for defense and indemnity of the lawsuit entitled *Karrie Dalke, an individual v. Gregory Safranek, and Laurie Safranek,* in Clark County District Court Case No. A-20-818266-C under the Liberty Insurance Corporation Policy No. H37-261-224250-75 8 4.

DATED this 17th day of August, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE