AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION,<br>               Plaintiff,<br>v.<br>GREGORY SAFRANEK, LAURIE SAFRANEK, and KARRIE DALKE<br>               Defendants. | DEFAULT JUDGMENT IN A CIVIL CASE<br><br>Case Number: 2:21-cv-01026-APG-DJA |

☐  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of plaintiff Liberty Insurance Corporation and against defendants Gregory Safranek, Laurie Safranek, and Karrie Dalke.

| | |
|---|---|
| 8/18/2021<br>Date | DEBRA K. KEMPI<br>Clerk<br><br>/s/ J. Callo<br>Deputy Clerk |